Alan Ray YELLOW HORSE, Special Administrator of the Estate of Frederick Neal Yellow Horse, deceased, Appellant,

v.

PENNINGTON COUNTY, South Dakota; Don Holloway, as Sheriff of Pennington County; Scott Schuft, as Administrator of the Pennington County Jail; Jill West, individually and as Corrections Officer for Pennington County; Peggy Severson, as Deputy Sheriff of Pennington county, Appellees.

No. 98–2634.

United States Court of Appeals, Eighth Circuit.

July 31, 1998.

**JUDGMENT**

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed for lack of jurisdiction because there is no final order disposing of all the claims.